UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBIN SOUTHWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUMMIT VIEW OF FARRAGUT, )<br>)<br>Defendant. ) | No. 3:10-CV-550<br>(VARLAN/SHIRLEY) |

### **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is the Defendant's Motion to Dismiss and For Sanctions for Failure to Comply with Court's Discovery Order and Memorandum of Law in Support [Doc. 50].

It is hereby **ORDERED** that oral argument on the Defendant's motion to dismiss and for sanctions will be heard on **November 5, 2013, at 9:30 a.m.**, before the undersigned. The Plaintiff shall have until **October 31, 2013**, to file a response. If the Defendant chooses to file a reply, the reply must be filed no later than **12:00 p.m. on November 4, 2013**.

**IT IS SO ORDERED**.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge